STATE OF NEW JERSEY v. DARNELL CREWS.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROSS GRANER.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CHARLES JACKSON.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES KENNEDY.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES E. SMITH.

December 19, 1988.

Petition for certification denied.